**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:07CR33-10**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JOHN WILSON PATTON** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's motion in limine.

The Defendant's request that the Court order the nature of his felony conviction be kept from the jury is allowed. The Court has redacted that portion of the indictment describing the Defendant's conviction and a redacted copy of the indictment will be provided to the jury during their deliberations.

As to Defendant's Rule 404(b) issue, it is noted that the Government has not filed an intent to introduce 404(b) evidence, and the motion as to that ground is denied as moot.

The Defendant's remaining issues contained in his motion in limine will be deferred until such time as they are raised during the course of the trial.

**IT IS SO ORDERED.**

Signed: July 6, 2007

Lacy H. Thornburg
United States District Judge